# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2672
LT Case No. 2012-CF-001406-B

_____

ARTHUR W. SPENCER,

Appellant,

v.

STATE of FLORIDA,

Appellee.

_____

On appeal from Circuit Court for Lake County.
James R. Baxley, Judge.

Arthur W. Spencer, Trenton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____